230-15 FILE COPY

# ELECTRONIC RECORD

COA #   11-12-00328-CR          OFFENSE:   22.011

STYLE:  **Robert Thornburgh, Jr. v.**
        **The State of Texas**          COUNTY:   Brown

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   35th District Court

DATE: 2/5/`5                Publish: NO   TC CASE #:   CR21718


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Robert Thornburgh, Jr. v.**
        **The State of Texas**          CCA #:  **PD-0230-15**

_____ *APPELLANT'S* _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____ *REFUSED* _____                     JUDGE: _____

DATE: _04/22/2015_                        SIGNED: _____     PC: _____

JUDGE: _Per Curiam_                       PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD